**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANASTACIA RECTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | |
| DRB GROUP GEORGIA, LLC, ) | |
| ) | **Removal from the Superior** |
| Defendant. ) | **Court of Fulton County** |
| ) | **Case No. 24CV013197** |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant DRB Group

Georgia, LLC ("DRB") removes the above-captioned action from the Superior Court

of Fulton County, Georgia to the United States District Court for the Northern

District of Georgia, showing this Court as follows:

1.      On October 16, 2024, Plaintiff Anastacia Rector ("Plaintiff") filed a

Complaint for Damages (the "Complaint") against DRB in the Superior Court of

Fulton County, Georgia, captioned *Anastacia Rector v. DRB Group Georgia, LLC*,

Case No. 24CV013197 (the "Superior Court Action").

2.      DRB received a copy of the Summons and Complaint on November 7,

2024.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and

Complaint, which represent "all process, pleadings, and orders" DRB has received

to date in the Superior Court Action are attached and incorporated herein as **Exhibit A**.

3.      DRB has not answered or otherwise responded to the Complaint.

4.      In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal and all supporting papers will be promptly served on Plaintiff and filed with the Clerk of the Fulton County Superior Court.

5.      This Notice of Removal has been filed within 30 days of receipt of the Complaint by DRB and is, therefore, timely pursuant to 28 U.S.C. § 1446(b).

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the Superior Court of Fulton County, Georgia, where Plaintiff initiated the Superior Court Action, is within the United States District Court for the Northern District of Georgia.

7.      As explained below, this Court has original jurisdiction over this action under 28 U.S.C. §§ 1331.  Removal is, thus, proper pursuant to 28 U.S.C. § 1441(a).

**FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1331**

8.      Under 28 U.S.C. § 1331, United States District Courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

9. Plaintiff's Complaint sets forth causes of action against DRB for alleged violations of federal law; namely, Title VII of the Civil Rights Act of 1964, as amended. *See* Complaint, ¶¶ 15-22.

10. Accordingly, this Court has original jurisdiction over this action under 28 U.S.C. § 1331 because a federal question exists.

11. The Court must also exercise supplemental jurisdiction over the state law claims Plaintiff pursues under Georgia law. *See* 28 U.S.C. § 1367.

12. In removing this action to this District Court, DRB does not waive any defenses it may have to this action, including but not limited to improper service, personal jurisdiction, venue, timeliness, and any defenses to the merits of Plaintiff's allegations or damages claims. DRB expressly states that this Notice of Removal does not constitute and should in no way be interpreted or construed as an express or implied admission, acknowledgment, stipulation, or concession of any liability, fault, or damages in this action. DRB expressly states that Plaintiff bears the ultimate burden of proof on these issues in this action.

**WHEREFORE**, DRB respectfully requests that this action be removed to the United States District Court for the Northern District of Georgia, Atlanta Division, and that no further proceedings be had in the Superior Court of Fulton County, Georgia.

Respectfully submitted this 6th day of December 2024.

**JACKSON LEWIS P.C.**

*/s/ Dion Y. Kohler*

Dion Y. Kohler
Georgia Bar No. 427715
Dion.Kohler@jacksonlewis.com
Parsa Fattahi
Georgia Bar No. 154232
Parsa.Fattahi@jacksonlewis.com
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173

*Counsel for Defendant*

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ANASTACIA RECTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | _____ |
| DRB GROUP GEORGIA, LLC, | ) | |
| | ) | **Removal from the Superior** |
| Defendant. | ) | **Court of Fulton County** |
| | ) | **Case No. 24CV013197** |

## CERTIFICATE OF SERVICE

I certify that on December 6, 2024, I electronically filed the foregoing

**NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, and

served the foregoing via electronic mail to the following counsel of record:

Ianna O. Richardson
Kate A. Cantolina
BARRETT & FARAHANY
P.O. Box 530092
Atlanta, Georgia 30353
ianna@justiceatwork.com
kate@justiceatwork.com


*/s/ Dion Y. Kohler*
Dion Y. Kohler
Georgia Bar No. 427715